JENNIE D. KUIKEN, PLAINTIFF-PETITIONER, v. A. GROVER SIMONDS, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 4 *N. J. Super.* 135.

*Mr. Joseph J. De Luccia* and *Mr. Peter Hofstra* for the petitioner.

*Mr. Milton Schamach* and *Mr. J. Mortimer Rubenstein* for the respondent Helen Cole Simonds.

*Messrs. Evans, Hand & Evans* and *Mr. William Tulenko* for the respondents A. Grover Simonds, et al.

September 26, 1949.   Granted.

CECELIE ANDRICSAK, PETITIONER-RESPONDENT, v. NATIONAL FIREPROOFING CORP., RESPONDENT-PETITIONER.

See same case below: 4 *N. J. Super.* 220.

*Mr. Arthur A. Sullivan* and *Mr. Joseph Coult* for the petitioner.

*Mr. Isadore Rosenblum* for the respondent.

September 26, 1949.   Granted.